IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



FILED

JAN 2 4 2020

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| MARK WILLIAM COLLINS, | CV 19–82–H–DLC–JTJ |
| Plaintiff, | |
| vs. | ORDER |
| TIM FOX, JOHN MICU, SCOTT HOWARD, MARK HILYARD, MORGAN SMITH, and CHRIS MILLER, | |
| Defendants. | |

United States Magistrate Judge John T. Johnston entered a Findings and

Recommendations on December 30, 2019, recommending that the Court stay

proceedings in this matter pending the completion of Plaintiff Mark William

Collins's appeal of his state criminal conviction. (Doc. 11; *see also* Doc. 9.)

Collins did not object to the Findings and Recommendations; in fact, he agrees that

a stay is appropriate (Doc. 10). Thus, Collins has waived the right to de novo

review of the record. 28 U.S.C. § 636(b)(1). This Court reviews for clear error

those findings and recommendations to which no party objects. *See Thomas v.*

*Arn*, 474 U.S. 140, 149–53 (1985). Clear error exists if the Court is left with a

"definite and firm conviction that a mistake has been made." *Wash. Mut., Inc. v.*

*United States*, 856 F.3d 711, 721 (9th Cir. 2017) (citation omitted).

Having reviewed the Findings and Recommendations (Doc. 11), the Court finds no clear error in Judge Johnston's recommendation that this matter be stayed pursuant to *Younger v. Harris*, 401 U.S. 37 (1971).

Accordingly, IT IS ORDERED that:

(1) Plaintiff Mark William Collins's Motion to Stay (Doc. 10) is GRANTED;

(2) Judge Johnston's Findings and Recommendations (Doc. 11) is ADOPTED IN FULL;

(3) The Clerk of Court shall administratively close this matter;

(4) Collins shall file a report on the status of his state criminal proceeding every six months until such time as his criminal charges have been resolved; and

(5) In the event that Collins would like to continue this matter after resolution of the state proceeding, he must request that the stay be lifted and the case reopened within 30 days of resolution of his state criminal appeal.

DATED this **24**ᵗʰ day of January, 2020.

Dana L. Christensen, Chief Judge
United States District Court